## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANNETTE PENDERGRAST** : | |
|     **Plaintiff** : | |
|     vs. : | Case No. 1:08-CV-00234 - ESH |
| **UNITED STATES OF AMERICA** : | |
| and : | |
| **JAMES LEROY BRYANT, SR.** : | |
|     **Defendants** : | |

## LINE OF APPEARANCE

Please enter the appearance of the undersigned attorney on behalf of the Plaintiff, ANNETTE PENDERGRAST, in the above-captioned case.

        Respectfully Submitted,

        **PETER F. FEDAK, P.A.**

        */s/ John R. Kelly*
        _____
        John R. Kelly, Esquire, #501783
        Law Office of Peter F. Fedak, P.A.
        11301 Rockville Pike, Third Floor
        Kensington, MD 20895
        (301) 881-6444
        Attorney for Plaintiff