UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Annette Pendergrast | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 1:08-cv-00234(ESH) |
| | ) ECF |
| United States of America & | ) |
| James Leroy Bryant, Sr. | ) |
| | ) |
| Defendant | ) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Raymond A Martinez Special Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

Respectfully submitted,

Raymond A Martinez
__/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-9150
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this ²³ʳᵈ day of April I caused the foregoing Notice to be served on Plaintiff's counsel, **William R. Scanlin,** via first class mail, postage prepaid addressed as follows:

William R. Scanlin, Esquire, #11379
4405 East-West Highway, Suite #603
Bethesda, MD 20814
301-951-0570

                                        Raymond A. Martinez
                                 /s/_____
                                Raymond A. Martinez
                                Special Assistant United States Attorney
                                555 4th Street, NW
                                Washington, DC 20530
                                (202) 514-9150