UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNETTE PENDERGRAST : | |
|     Plaintiff : | |
| vs. : | Case No. 1:08-CV-00234 - ESH |
| UNITED STATES OF AMERICA : | |
| and : | |
| JAMES LEROY BRYANT, SR. : | |
|     Defendants : | |

## PROOF OF SERVICE

COMES NOW the Plaintiff, ANNETTE PENDERGRAST, by and through counsel, and hereby states that service has been effected on the Defendants, UNITED STATES OF AMERICA and JAMES LEROY BRYANT, SR., and for such proof of service submits Exhibit A, Exhibit B, and Exhibit C.

Respectfully Submitted,

**PETER F. FEDAK, P.A.**

/s/ *John R. Kelly*
_____
John R. Kelly, Esquire, #501783
Law Office of Peter F. Fedak, P.A.
11301 Rockville Pike, Third Floor
Kensington, MD 20895
(301) 881-6444
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was mailed first-class, postage pre-paid on this 23rd day of May, 2008, to the following:

Raymond A. Martinez, Esquire
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

/s/ *John R. Kelly*
_____
John R. Kelly

# Exhibit A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Annette Pendergrast

SUMMONS IN A CIVIL CASE

V.

United States of America & James Leroy Bryant, Sr.

CASE

Case: 1:08-cv-00234
Assigned To : Huvelle, Ellen S.
Assign. Date : 2/12/2008
Description: PI/Malpractice

TO: (Name and address of Defendant)

United States of America
Serve: Attorney General Michael B. Mukasey
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Scanlin, Esquire #11379
Law Office of William R. Scanlin
4405 East-West Highway, Suite #603
Bethesda, MD 20814

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 12 2008

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE April 11, 2008 |
| NAME OF SERVER (PRINT) Kate Johnson | TITLE Pl/PPs |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: United States of America c/o Ms. Lee, authorized agent to accept at 950 Pennsylvania Ave NW Washington DC 20c

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4-11-08     *Kate [signature]*
          Date                       Signature of Server

                                       Laurel MD
                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Exhibit B

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Annette Pendergrast

**SUMMONS IN A CIVIL CASE**

V.

United States of America & James Leroy Bryant, Sr.

Case: 1:08-cv-00234
Assigned To : Huvelle, Ellen S.
Assign. Date : 2/12/2008
Description: PI/Malpractice

TO: (Name and address of Defendant)

United States of America
Serve: Jeffrey A. Taylor, United States Attorney for the District
of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Scanlin, Esquire #11379
Law Office of William R. Scanlin
4405 East-West Highway, Suite #603
Bethesda, MD 20814

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB 12 2008

CLERK                                      DATE

(By) DEPUTY CLERK

Case 1:08-cv-00234-DAR    Document 7    Filed 05/23/2008    Page 7 of 9

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 11, 2008 |
| NAME OF SERVER (PRINT) Kate Johnson | TITLE PI/PPS |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: United States of America c/o Sharon, authorized agent to accept at 555 Fourth St NW Washington, DC 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-11-08
            Date            Signature of Server

Laurel MD
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Exhibit C

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of District of Columbia

Case Number: 1:08-CV-00234

Plaintiff:
**Annette Pendergrast**
vs.
Defendant:
**United Stated of America and James Leroy Bryant Sr**

For: William Scanlin

Received by Special Process Service LTD on the 11th day of April, 2008 at 9:28 am to be served on **James Leroy Bryant Sr, 9805 Linden Road, Owings Mills, MD 21117**. I, _John Gallawy_, being duly sworn, depose and say that on the _12_ day of _April_, 20_08_ at _12:27_ _p_.m., executed service by delivering a true copy of the **SUMMONS AND COMPLAINT** and information sheets in accordance with state statutes in the manner marked below:

(X) **INDIVIDUAL SERVICE:** Served the within-named person.

( ) **SUBSTITUTE SERVICE:** By serving _____ as _____.

( ) **POSTED SERVICE:** After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) **OTHER SERVICE:** As described in the Comments below by serving _____ as _____.

( ) **NON SERVICE:** For the reason detailed in the Comments below.

**COMMENTS:** _____

Age _60_ Sex (M)/F  Race _Male_  Height _6'_  Weight _165_  Hair _Black_  Glasses Y N

I do solemnly declare and affirm, under the penalties of perjury, that the matters and facts contained in the aforegoing are true and correct. I further certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _21_ day of _April_, _2008_ by the affiant who is personally known to me.

NOTARY PUBLIC Michael F. Stern
Notary Public
Baltimore County, Maryland
My Commission Expires 02/01/2011

PROCESS SERVER # _____
Appointed in accordance
with State Statutes

**Special Process Service LTD**
P.O. Box 935
Beltsville, MD 20704
(301) 725-9533

Our Job Serial Number: 2008002200

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f