# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNETTE PENDERGRAST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:08-cv-00234(ESH) |
| ) | |
| United States of America, ) | |
| ) | |
| and ) | |
| ) | |
| James Leroy Bryant, Sr., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## MOTION TO SUBSTITUTE DEFENDANT

Pursuant to Federal Rule of Civil Procedure 12(b)(1), the United States of America and James Leroy Bryant Sr., through undersigned counsel, respectfully request that this Court issue an Order substituting the United States as the defendant in this action. In support of this motion, defendant respectfully refers the Court to the attached memorandum.

June 9, 2008                                         Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

_____/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-9150
(202) 514-8780 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNETTE PENDERGRAST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:08-cv-00234(ESH) |
| ) | |
| United States of America, ) | |
| ) | |
| and ) | |
| ) | |
| James Leroy Bryant, Sr., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MEMORANDUM IN SUPPORT OF MOTION TO
SUBSTITUTE DEFENDANT**

Plaintiff brings her tort claims against the United States and James Leroy Bryant, Sr. arising out of an auto accident that occurred while Mr. James Leroy Bryant, Sr. was acting within the scope of his federal employment. Accordingly, this Court should substitute the United States as the sole defendant in this action.

**PLAINTIFF'S CLAIM**

Plaintiff's complaint alleges that on or about December 12, 2006, Mr. James Leroy Bryant Sr., was driving a motor vehicle, owned by Defendant United States of America, with permission and consent as its agent, servent and/or employee, on Massachusetts Avenue, N.W., when without warning he made an unsafe lane change and collided with Plaintiff's vehicle. (See Ct. Doc 1, Complaint ¶3). Plaintiff names James Leroy Bryant Sr. as one of the defendants. The claims arise out of actions taken by Mr. Bryant while driving a postal service vehicle in the scope of his employment.

## I. THE UNITED STATES SHALL BE SUBSTITUTED AS THE SOLE DEFENDANT IN THIS ACTION

When a federal employee is sued for a wrongful or negligent act, the United States Attorney General, or by designation the United States Attorney in the district where the claim is brought (or his designee), may certify that the employee was acting at the time within the scope of his or her employment. See 28 U.S.C. § 2679(d)(1). Specifically, this statute provides: Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a United States district court shall be deemed an action against the United States under the provisions of this title and all references thereto, and the United States shall be substituted as the party defendant. 28 U.S.C. § 2679(d)(1).

In short, where the Attorney General's designee certifies that the original defendant was acting within the scope of his employment, the certification constitutes prima facie evidence that the employee was acting within the scope of his employment. See Council on Am. Islamic Relations v. Ballenger, 444 F.3d 659, 662 (D.C. Cir. 2006) (citing Kimbro v. Velten, 30 F.3d 1501, 1509 (D.C. Cir. 1994)). Once the Court determines that the employee acted within the scope of his employment, such a determination (1) requires the substitution of the United States for the federal employee as the defendant in the lawsuit; and (2) converts the lawsuit into an action against the United States under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671 et seq.; see also Haddon v. United States, 68 F.3d 1420, 1423 (D.C. Cir. 1995); Vanover, 77 F. Supp.2d at 97.

Included with this Motion is the Certification of Rudolph Contreras, Civil Chief, United

States Attorneys Office for the District of Columbia, certifying that defendant James Leroy Bryant was acting within the scope of his authority as an employee of the United States at the time of the alleged incident.  See Exhibit 1.  Accordingly, the suit becomes one against the United States under the FTCA.  See Haddon, 68 F.3d at 1423; Gustave-Schmidt v. Chao, 226 F. Supp.2d 191, 200 (D.D.C. 2002).

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that this Court substitute the United States as the sole defendant in this action.

June 9, 2008                                             Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

_____/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-9150
(202) 514-8780 (facsimile)

**Certificate of Service**

I hereby certify that on this ⁹ᵗʰ day of June I caused the above and forgoing to be mailed postage paid to:

William R. Scanlin, Esquire # 11379
Law Office of William R. Scanlin
4405 East-West Highway, Suite 603
Bethesda, MD. 20814

                                        _____/s/_____
                                        Raymond A. Martinez
                                        Special Assistant United States Attorney
                                        555 Fourth Street, N.W. - Civil Division
                                        Washington, D.C.  20530
                                        (202) 514-9150
                                        (202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNETTE PENDERGRAST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>United States of America, et al., )<br>)<br>Defendant. )<br>) | Civil Action No.: 1:08-CV-00234-ESH |

**WESTFALL CERTIFICATION**

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in Annette Pendergrast v. United States of America, now pending in the United States District Court for the District of Columbia, Civil Division, Civil Action No. 1:08-CV-00234-ESH (filed April 11, 2008), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that defendant James Leroy Bryant, Sr., was acting within the scope of his employment as an employee of the United States at the time of the alleged incident.

June 5, 2008

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney
Chief, Civil Division

EXHIBIT 1