UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ANNETTE PENDERGRAST,      )
                              )
        Plaintiff,          )
                              )
v.                         )     Case No. 1:08-CV-00234-ESH
                              )
UNITED STATES OF AMERICA,  )
                              )
        Defendant.      )

## ANSWER OF DEFENDANT UNITED STATES TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant, United States of America[1], by Jeffrey A. Taylor, United States Attorney for the District of Columbia, and hereby files its Answer to Plaintiff's Complaint, and states as follows:

1.      For its answer to Paragraph 1, Defendant United States admits Plaintiff purports to bring a cause of action under the Federal Tort Claims Act.

2.      Upon information and belief, Defendant United States admits the allegations of Paragraph 2.

3.      For its answer to Paragraph 3, Defendant United States denies that Mr. Bryant is a proper party defendant to this case, but admits that he was driving a Postal Service vehicle within the course and scope of his federal employment on Massachusetts Avenue, NW.  Defendant United States denies the remaining allegations of Paragraph 3.

4.      Defendant United States denies the allegations of Paragraph 4, and expressly denies that Plaintiff was without any negligence in the premises or contributing thereto.

---

[1] Plaintiff improperly names James Bryant Sr. as a defendant in this case; under the Federal Tort Claims Act, the United States is the only proper party defendant.  28 U.S.C. §2679.  Accordingly, Mr. Bryant must be dismissed.

5.    Defendant United States denies the allegations of Paragraph 5.

6.    For its answer to Paragraph 6, Defendant United States admits that Plaintiff filed an administrative claim with the United States Postal Service, but except as expressly admitted, denies the remaining allegations of Paragraph 6.

7.    For its answer to Paragraph 7, Defendant United States admits that Plaintiff's claim was denied on December 19, 2007 by the United States Postal Service, but except as expressly admitted, denies the remaining allegations of Paragraph 7.

By way of further answer and affirmative defense, Defendant United States denies that Plaintiff is entitled to any of the relief sought in her "Wherefore" clause, and expressly denies Plaintiff may recover any amount from Mr. Bryant.  28 U.S.C. §2679.

## AFFIRMATIVE DEFENSES

1.    Plaintiff's recovery, if any, is limited to the damages recoverable under the Federal Tort Claims Act.

2.    Pursuant to 28 U.S.C. § 2675(b), Plaintiff is prohibited from claiming or recovering an amount against the Defendant United States in excess of the amount set forth in any administrative claim she may have presented to the United States Postal Service.

3.    Plaintiff's damages and losses, if any, were solely and proximately caused by the negligence, carelessness, or recklessness of Plaintiff, and such negligence is a complete bar to Plaintiff's recovery in this action.

2

4.      Defendant United States denies that it and/or any of its agents or employees was negligent and/or breached any duty or standard of care due to Plaintiff and/or engaged in any conduct that was the proximate cause of the injuries, damages and losses allegedly incurred by her.

5.      In the alternative, Plaintiff caused or contributed to cause her own damages and losses, and therefor her contributory negligence is a bar to any recovery against Defendant United States.

6.      Defendant United States reserves the right to plead all other affirmative defenses or any applicable state and federal statutes, which through discovery it learns may be applicable.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant United States respectfully moves this Court to dismiss Plaintiff's Complaint, for its costs incurred herein, and for such further relief as is just and proper.

Respectfully submitted,


__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney



__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

3

___/s/_____
Raymond A. Martinez, TX BAR # 13144015
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-9150
(202) 514-8780 (facsimile)

4

Certificate of Service

I hereby certify that on this 9th day of June I caused the above and

forgoing to be mailed postage paid to:


William R. Scanlin, Esquire #11379
Law Office of William R. Scanlin
4405 East-West Highway, Suite 603
Bethesda, MD. 20814


_____/s/_____

Raymond A. Martinez
Special Assistant United States Attorney
555 Fourth Street, N.W. Civil Division
Washington, D.C. 20530
202-514-9150
202-514-8780 (facsimile)


5