UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Annette Pendergrast

                    Plaintiff,

         v.                              Civil Action No. 08-0234 (ESH)

                    Defendant.

United States of America

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial

_/s/ J. R. Kelly_  6/17/2008         John R. Kelly #501783
Attorney for the Plaintiff.   Date

_Raymond A. Martinez/JRK w/permission_   Raymond A. Martinez #13144015 Texas Bar
Attorney for the Defendant.   Date 6/17/2008

NOTICE:   The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_Ellen S Huvelle_           6/18/08
ELLEN SEGAL HUVELLE         Date
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

|  |  |
|---|---|
| Plaintiff, | ) ) ) ) ) |
| v. | ) Civil Action No. ____ (ESH) ) |
| Defendant. | ) ) ) ) |

CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____    _____
Attorney for the Plaintiff.            Date

_/s/ R. A. Martinez_   6-17-2008        _/s/ Raymond A. Martinez_
Attorney for the Defendant         Date

NOTICE:   The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_/s/ Ellen S Huvelle_              _6/18/08_
ELLEN SEGAL HUVELLE              Date
United States District Judge