REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-B

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 23:134 P.I.- Auto Negligence | | | | |
|---|---|---|---|---|---|
| CASE NO: <br> CA 08-234 | DATE REFERRED: <br> 6/18/08 <br><br> DISPOSITION DATE: | PURPOSE: <br> All Purposes | JUDGE: <br> Ellen Segal Huvelle | MAG. JUDGE | |
| **PLAINTIFF(S):** <br> ANNETTE PENDERGRAST | | | **DEFENDANT(S):** <br> UNITED STATES OF AMERICA, et al | | |
| ENTRIES: | | | | | |