UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNETTE PENDERGRAST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 08-00234 (ESH)<br>ECF |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Megan M. Weis, Special Assistant United States Attorney, and remove the appearance of Raymond A. Martinez, Special Assistant United States Attorney, as counsel for Defendant.

\_\_\_/s/_____
MEGAN M. WEIS
Special Assistant United States Attorney
Civil Division 555 4th St., NW
Washington, D.C. 20530
(202) 514-5134